IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONEY ELIAS, | : | Case No. 1:23-cv-00205 |
| | : | |
| Plaintiff, | : | Judge Charles Esque Fleming |
| | : | |
| v. | : | |
| | : | IT IS SO ORDERED. |
| THE METROHEALTH SYSTEM, | : | s/Charles E. Fleming |
| | : | United States District Judge |
| Defendant. | : | Dated: September 18, 2023 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Anthoney Elias and Defendant The MetroHealth System, through their respective counsel, hereby stipulate to dismiss the above-captioned case WITH PREJUDICE. Each party shall bear their own attorney fees and costs.

Agreed:

| | |
|---|---|
| */S/ Erica Ann Probst* | */S/ Andrea L. Salvino* |
| Erica Ann Probst (#0073486) | Andrea L. Salvino (#0097768) |
| Kemp, Schaeffer & Rowe Co., LPA | Kemp, Schaeffer & Rowe Co., LPA |
| 88 West Mound Street | 88 West Mound Street |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| Telephone: 614-232-8692 | Telephone: 614-232-8684 |
| Erica@ksrlegal.com | ASalvino@ksrlegal.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| | |
| */S/ Natalie M. Stevens* | */S/ Jzinae N. Jackson* |
| Natalie M. Stevens (#0079963) | Jzinae N. Jackson (#0098411) |
| Zashin & Rich Co., L.P.A. | Zashin & Rich Col, L.P.A. |
| 950 Main Avenue | 950 Main Avenue |
| 4th Floor | 4th Floor |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 |
| Telephone: 216-696-4441 | Telephone: 216-696-4441 |
| nms@zrlaw.com | jnj@zrlaw.com |
| *Counsel for Defendant* | *Counsel for Defendant* |